FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 14-219

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | ) | |
| Henry Cevantes | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.   (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _see PSA report_

(B)   (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _see PSA report_

IT IS ORDERED that defendant be detained.

DATED: 6/4/14

_/s/ Stephen J. Hillman_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE