O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-219-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| HENRY CERVANTES, JR., | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

    On June 18, 2014, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 6, 2014. Government counsel, Anne Pings, the defendant and his appointed DFPD attorney, Rick Goldman, were present. The U.S. Probation Officer, Gregory Metoyer, was also present.

    The government withdraws allegation no. 2 of the petition filed May 6, 2014. The defendant admits allegations 1, 3, 4, 5, and 6, in violation of his supervised release as stated in the petition filed May 6, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 1, 2011 and August 24, 2012.

    IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of eleven (11) months, to be served consecutively to the

sentence imposed in the Superior Court of California, County of Los Angeles, Case No. VA134074.  No supervision to follow.

FILE/DATED:     June 19, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk